IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| EVELINA PARKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:16-CV-04509-ELR |
| | ) | |
| GROOME TRANSPORTATION OF TENNESSEE, INC., | ) ) ) | |
| | ) | |
| Defendant. | ) | |

### ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AND JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the Joint Motion for Approval of Settlement and Joint Stipulation of Dismissal with Prejudice filed by the Parties, in which the Parties move this Court to approve their settlement of Plaintiff's claims brought pursuant to the Fair Labor Standards Act ("FLSA").

The Court has reviewed the proposed settlement and finds that it represents a fair and reasonable resolution of all of Plaintiff's claims and because Defendant is paying Plaintiff's reasonable attorneys' fees and costs.

For these reasons:

IT IS ORDERED:

1. The Joint Motion for Approval of Settlement is hereby **GRANTED**; and

2. All claims are voluntarily **DISMISSED WITH PREJUDICE** under Federal Rule of Civil Procedure 41.

**SO ORDERED** this 1st day of May, 2017.

*Eleanor L. Ross*
Eleanor L. Ross
United States District Judge
Northern District of Georgia